Rockledge Municipal Authority *v.* Roth, Appellant.

872

Argued March 15, 1971. *Roland J. Christy,* for appellant; *Harry C. Barbin,* for appellee.

Judgment affirmed; reargument refused June 7, 1971.